HEDGER TRANSPORTATION COMPANY, Inc., as Owner of THE Barge AMERICAN MARINE, Libelant-Appellant, v. THE Motor Vessel BUFFALO SOCONY, Standard Transportation Company, Claimant-Appellee, and THE Steam Tug PEARL HARBOR, Impleaded.

No. 252.

Circuit Court of Appeals, Second Circuit.

Feb. 19, 1934.

Carl F. Vander Clute, of New York City (Horace L. Cheyney, of New York City, of counsel), for appellant.

Courtland Palmer, of New York City, for claimant-appellee.

Before MANTON, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Decree affirmed.

---

Laurine HEISTER, as Administratrix of the Goods, Chattels, and Credits of Charles A. Heister, Deceased, Plaintiff-Appellee, v. LEHIGH & NEW ENGLAND RAILROAD COMPANY, Defendant-Appellant.

No. 301.

Circuit Court of Appeals, Second Circuit.

Feb. 19, 1934.

See, also, 50 F.(2d) 928.

Smyth & Smyth, Jr., of New York City (Herbert C. Smyth and James B. Mackie, both of New York City, of counsel), for appellant.

Thomas J. O'Neill, of New York City (William J. Hogan, of New York City, of counsel), for appellee.

Before MANTON, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Judgment affirmed.

---

JAMES R. KEARNEY CORPORATION, Plaintiff-Appellant, v. BURNDY ENGINEERING COMPANY, Inc., Defendant-Appellee.

No. 255.

Circuit Court of Appeals, Second Circuit.

Feb. 19, 1934.

Clifton V. Edwards, Frank A. Bower, and Henry T. Kilburn, all of New York City, for appellant.

Kenyon & Kenyon, of New York City (Theodore S. Kenyon, of New York City, of counsel), for appellee.

Before MANTON, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Decree affirmed.

---

HOYLAND–LEMLE COMPANY et al. v. Charles F. THOMPSON.

No. 5129.

Circuit Court of Appeals, Seventh Circuit.

Feb. 6, 1934.

Samuel W. Banning, of Chicago, Ill., for appellant.

Walter F. Boye, of Chicago, Ill., for appellee.

Before ALSCHULER, EVANS, and FITZHENRY, Circuit Judges.

PER CURIAM.

On motion of appellants pursuant to stipulation, it is hereby ordered that the appeal heretofore taken on or about December 7, 1933, be, and the same is hereby, dismissed without prejudice to appellants' rights to an appeal after accounting and final decree.